# Daniel Goldsmith Ruggiero, Esquire*

*Admitted to practice law in ME, MA, RI, CT, NY, NJ & PA (state courts)
ME, MA, RI, CT, NDNY, WDNY, EDNY, SDNY, NJ, EDPA & MDPA (federal courts)

October 4, 2020

**Re:** **Laufer V. Pratik-Sonam**
       **INDEX #:**   **3:20-CV-30087**

To Whom It May Concern:

    I apologize for the delay in filing this letter. I have been very ill. The parties have settled this matter and are finalizing the details. As a result, we did not select whether our case can be assigned to a Magistrate. We expect to file a dismissal in the coming days.

Sincerely,

/S/ Daniel G. Ruggiero

Daniel Goldsmith Ruggiero

cc/    Counsel of Record through ECF filing sytem

* Please send all correspondence to MA office
** By appointment only

**Massachusetts Office****
275 Grove Street Suite 2-400
Newton, MA 02466
druggieroesq@gmail.com
339-237-0343 (phone)
339-707-2808 (fax)

**New Jersey Office****
One Gateway Center
Suite 2600
Newark, NJ 07102
(By appointment only)

**New York Office****
41 Madison Avenue
25th Floor – Suite 2539
New York, NY 10010