UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS, WESTERN DIVISION

| | |
|---|---|
| DEBORAH LAUFER, <br> Plaintiff, <br> v. <br><br> PRATIK-SONAM CORPORATION, <br><br> Defendant. | Case No.: 3:20-cv-30087 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed that the above-captioned action, including all claims, is dismissed, with prejudice and without attorneys' fees and costs, and waiving any and all right of appeal.

Respectfully submitted,

FOR THE PLAINTIFF                FOR THE DEFENDANT

By: */s/ Daniel Ruggiero*              By: */s/ Carolyn Marcotte Crowley*

| | |
|---|---|
| Daniel Ruggiero (BBO #666131) <br> 275 Grove Street. <br> Suite 2-400 <br> Newton, Massachusetts 02466 <br> Tel. No. (339) 237-0343 <br> druggieroesq@gmail.com | Carolyn Marcotte Crowley (BBO #663616) <br> Barclay Damon LLP <br> 160 Federal Street, Suite 1001 <br> Boston, Massachusetts 02110 <br> Tel. (617) 274-2904 <br> ccrowley@barclaydamon.com |

Dated:  December 23, 2020

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications to all counsel of record who have appeared in this action.

                                       */s/ Carolyn Marcotte Crowley*
                                       Carolyn Marcotte Crowley